IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02307-WYD-KMT

JULIO ALVAREZ-CORTEZ;
LORENZA MORALES-ALVAREZ, individually and as next friend of H G-T, a minor and V G-T, a minor; and
EMMANUEL RUIZ,

     Plaintiffs,

v.

LOU VALLARIO, Garfield County Sheriff, in his individual capacity;
DOES 1-3, Garfield County deputy sheriffs, in their individual capacities;
ALVARO AGON, a Carbondale police officer, in his individual capacity;
STEVE TURZA, an ICE agent, in his individual capacity; and
CHRIS CARTER, an ICE agent, in his individual capacity,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Upon review of the Stipulation for Voluntary Dismissal Without Prejudice as to Defendant Alvaro Agon filed on November 18, 2011 [ECF No. 21], Defendant Agon's Motion for Summary Judgment, filed October 21, 2011 [ECF No. 12] and his Motion to Stay, filed October 21, 2011 [ECF No. 13] are **DENIED AS MOOT**.

     Dated:  November 18, 2011.