IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02307-WYD-KMT

JULIO ALVAREZ-CORTEZ;
LORENZA MORALES-ALVAREZ, individually and as next friend of H G-T, a minor and V G-T, a minor; and
EMMANUEL RUIZ,

    Plaintiffs,

v.

LOU VALLARIO, Garfield County Sheriff, in his individual capacity;
DOES 1-3, Garfield County deputy sheriffs, in their individual capacities;
STEVE TURZA, an ICE agent, in his individual capacity; and
CHRIS CARTER, an ICE agent, in his individual capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Based on the filing of the First Amended Complaint on March 15, 2012 [ECF No. 46], Defendant Lou Vallario's Motion to Dismiss filed October 31, 2011 [ECF No. 16], and Defendants Carter and Turza's Motion to Dismiss filed December 23, 2011 [ECF No. 30] **DENIED AS MOOT**.

    Dated:  March 16, 2012.