IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02307-WYD-KMT

JULIO ALVAREZ-CORTEZ;
LORENZA MORALES-ALVAREZ, individually and as next friend of H G-T, a minor and V G-T, a minor; and
EMMANUEL RUIZ,

     Plaintiffs,

v.

LOU VALLARIO, Sheriff of Garfield County, Colorado, in his individual capacity;
JANET NEPOLITANO, Secretary of the Department of Homeland Security, in her official capacity,
JESSE BURRIS, in his individual capacity,
JAMES MILLER, in his individual capacity,
BRIAN SUTTON, in his individual capacity,
DANIEL FITZGIBBONS, Supervisory Immigration Enforcement Agent, ICE, in his individual capacity,
STEVE TURZA, an ICE Agent, in his individual capacity, and
CHRIS CARTER, an ICE Agent, in his individual capacity

     Defendant(s).

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation of Dismissal With Prejudice (ECF No. 75).  Having reviewed the stipulation and the case file, and being fully advised in the premises, I find and order as follows:

IT IS ORDERED that the stipulation is approved.  The instant case is **DISMISSED WITH PREJUDICE**.  The parties are to pay their own costs and fees.

Dated: February 13, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
United States Senior District Judge